IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLIFFORD W. EAGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-14-1330-M |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| the FEDERAL PRISON ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 26, 2014, United States Magistrate Judge Carolyn S. Ostby issued an Order to Transfer and Findings and Recommendations in this case. The Magistrate Judge transferred this case to the United States District Court for the Western District of Oklahoma and recommended that plaintiff's claims regarding his wrongful conviction and/or incarceration be dismissed. Plaintiff was advised of his right to object to the Findings and Recommendations within fourteen (14) days after service of the Findings and Recommendations. As of the date of this Order, no objections have been filed.

Upon de novo review, the Court:

(1) ADOPTS the Findings and Recommendations [docket no. 6] issued by the Magistrate Judge on November 26, 2014, and

(2) DISMISSES plaintiff's claims regarding his wrongful conviction and/or incarceration.

**IT IS SO ORDERED this 26th day of January, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE